IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mosley, Jimmy

Printed: 8/19/08

Case Number: 04 B 13516
Judge: Wedoff, Eugene R
Filed: 4/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 27, 2008
Confirmed: May 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 50,540.19 |  |
| Secured: |  | 27,829.29 |
| Unsecured: |  | 17,965.53 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,110.00 |
| Trustee Fee: |  | 2,615.54 |
| Other Funds: |  | 19.83 |
| Totals: | 50,540.19 | 50,540.19 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,110.00 | 2,110.00 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 5. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 6. | Chase Cardmember Services | Secured | 0.00 | 0.00 |
| 7. | Washington Mutual | Secured | 1,285.26 | 964.07 |
| 8. | Ford Motor Credit Corporation | Secured | 26,865.22 | 26,865.22 |
| 9. | Ford Motor Credit Corporation | Unsecured | 0.00 | 0.00 |
| 10. | Chase Cardmember Services | Unsecured | 368.63 | 368.63 |
| 11. | Ford Motor Credit Corporation | Unsecured | 294.71 | 294.71 |
| 12. | ECast Settlement Corp | Unsecured | 824.61 | 824.61 |
| 13. | ECast Settlement Corp | Unsecured | 998.30 | 998.30 |
| 14. | Resurgent Capital Services | Unsecured | 35.36 | 35.36 |
| 15. | ECast Settlement Corp | Unsecured | 1,729.15 | 1,729.15 |
| 16. | Cavalry Portfolio Services | Unsecured | 7,077.08 | 7,077.08 |
| 17. | ECast Settlement Corp | Unsecured | 1,673.24 | 1,673.24 |
| 18. | ECast Settlement Corp | Unsecured | 3,547.90 | 3,547.90 |
| 19. | ECast Settlement Corp | Unsecured | 1,416.55 | 1,416.55 |
| 20. | CitiFinancial Mortgage | Secured |  | No Claim Filed |
| 21. | Washington Mutual Finance | Secured |  | No Claim Filed |
| 22. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 23. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
| 24. | Aspire Visa | Unsecured |  | No Claim Filed |
| 25. | Wal Mart Stores | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mosley, Jimmy

Printed: 8/19/08

Case Number:  04 B 13516
Judge:  Wedoff, Eugene R
Filed:  4/6/04

$ 48,226.01        $ 47,904.82

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 192.01 |
| 6.5% | 641.99 |
| 3% | 108.00 |
| 5.5% | 594.00 |
| 5% | 180.00 |
| 4.8% | 115.20 |
| 5.4% | 784.34 |
|  | $ 2,615.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ MMack_____